**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENDRICK MCEWEN**                                                    **PLAINTIFF**

**v.**                              **Case No. 4:23-cv-00553 KGB**

**DOES**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Kendrick McEwen's complaint is dismissed without prejudice.  The relief sought is denied.

It is so adjudged this 8th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge